## WAREFIELD, ET AL. RECEIVERS V. GASTON, JUDGE.

### Action to Recover Taxes.

(Decided Feb. 11, 1909.   Rehearing denied April 6, 1909.
49 South. 412.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

JOHN P. TILLMAN, and R. E. STEINER, for appellant.

ALEXANDER M. GARBER, Attorney-General, H. C. SELHEIMER, and S. D. WEAKLEY, for appellee.

SIMPSON, J.—Affirmed on authority of *Southern Ry. Co. v. Greene*, 160 Ala. 396; 49 South. 404.

DOWDELL, C. J., DENSON, McCLELLAN and MAYFIELD, JJ., concur.  ANDERSON, J., dissents.

---

## WESTMORELAND ET AL. V. COM. CT. OF LIMESTONE COUNTY.

### Injunction.

(Decided April 6, 1909.   Rehearing denied May 11, 1909.
49 South. 1038.)

APPEAL from Limestone Chancery Court.

Heard before Hon. W. H. SIMPSON.

JAMES E. HORTON, JR., and M. K. CLEMENTS, for appellant.

G. W. L. SMITH, and W. R. WALKER, for appellee.

DENSON, J.—Reversed and remanded on the authority of *Hagan v. Com. Ct. of Limestone Co.*, 160 Ala. 544; 49 South. 417.

DOWDELL, C. J., SIMPSON and MAYFIELD, JJ., concur.